

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-7-2005

# USA v. Quinceno-Montoya

Precedential or Non-Precedential: Precedential

Docket No. 04-1299

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Quinceno-Montoya" (2005). *2005 Decisions.* Paper 926.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/926

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No.: 04-1299

UNITED STATES OF AMERICA
Appellee

v.

VICTOR HUGO QUICENO MONTOYA
Appellant


On Appeal from Final Judgement of the
United States District Court for the
District of New Jersey
Submitted: March 8, 2005

Before: NYGAARD, McKEE and RENDELL, <u>Circuit Judges</u>

### <u>ORDER AMENDING OPINION</u>

**IT IS HEREBY ORDERED**, that the Opinion filed in this case on June 1, 2005,

be amended as follows:

On page 4, delete the sentence beginning "The letter declares Montoya's innocense . . . ." and replace it with "The letter declares Montoya's innocence . . . ."

On Page 6, delete "Montes-Lenya" and replace with "Montes-Leyva." On that same page, delete the sentence "However, that evidence would 'if anything . . . a possible discrepancy.' A109," and replace with "However, that evidence would 'if anything . . . present[] a possible discrepancy.' A125.". Again, on the same page, delete ". . . was guilty as charged.' *Id.*," and replace with ". . . was guilty as charged.' A 109."

On page 7, delete the following sentence from the Opinion: "However, it is now clear that the court could not rely upon that drug quantity to increase

Montoya's sentence unless he admitted it, or the quantity was proven beyond a reasonable doubt to the jury."


BY THE COURT



/s/ Theodore A. McKee
Circuit Judge


Dated: June 7, 2005
CMH/cc: BPR, SGC, DBL, GSL